Andrew R. Weiss #95567
Carol A. O'Neil #71282
WEISS MARTIN SALINAS & HEARST
A Professional Corporation
7108 North Fresno Street, Suite 250
Fresno, California 93720
Telephone: (559) 438-2080
Facsimile: (559) 438-8363

Attorneys for Defendant Philip Hyden, M.D.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>        Plaintiffs,<br><br>  vs.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN RESOURCES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 1:16-CV-00062---JLT<br><br>**WRITTEN CONSENT OF PLAINTIFFS CYNTHIA RIVERA-MARTINEZ AND ARTURO MARTINEZ AND CO-DEFENDANTS KERN COUNTY, KERN COUNTY DEPARTMENT OF HUMAN RESOURCES AND SOCIAL WORKER STEPHANIE MEEK TO THE FILING OF DEFENDANT PHILIP HYDEN, M.D'S (PROPOSED) FIRST AMENDED ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND COURT ORDER THEREON**<br><br>**(Doc. 22)** |

      Pursuant to Federal Rules of Civil Procedure, Rule 15 (2) which allows for amendment of a party's pleadings before trial with the other parties' written consent and for the sake of preserving precious judicial resources that would be consumed if a motion for leave to amend were made, Defendant, PHILIP HYDEN ("Dr. Hyden"), respectfully submits this stipulation in

which Plaintiffs CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ and Co-Defendants KERN COUNTY, KERN COUNTY DEPARTMENT OF HUMAN RESOURCES and SOCIAL WORKER STEPHANIE MEEK, by and through their respective counsel of record, hereby consent in writing to the filing of Dr. Hyden's (Proposed) First Amended Answer to Plaintiff's First Amended Complaint, a true and correct copy of which is attached hereto as Exhibit "A."

Dated: August 18, 2016			LACK LAW GROUP, APC

By:   **/s/ *Rebecca D. Lack*   (electronic signature use authorized on August 17, 2016)**
Rebecca D. Lack
Attorneys for Plaintiffs
Cynthia Rivera-Martinez and
Arturo Martinez

Dated: August 18, 2016			COUNTY OF KERN, COUNTY COUNSEL

By:   **/s/ *Kathleen Rivera*   (electronic signature use authorized on August 17, 2016)**
Theresa A. Goldner, County Counsel
By: Kathleen Rivera, Deputy
Attorneys for Defendants
Kern County, Kern County Department of
Human Services and Social Worker
Stephanie Meek

Dr. Hyden requests that this court issue the order below based on the above written consents of the respective counsel for Plaintiffs and Co-Defendants. Attached hereto as Exhibit B are true and correct copies of emails in which attorneys, Rebecca Lack and Kathleen Rivera, have authorized the use of their electronic signatures on this written consent .

///

///

///

///

///

Dated: August 19, 2016                      WEISS MARTIN SALINAS & HEARST
                                            A Professional Corporation


                                            By:   */s/ Carol A. O'Neil*
                                                  Andrew R. Weiss
                                                  Carol A. O'Neil
                                                  Attorneys for Defendant
                                                  Philip Hyden, M.D.

### ORDER

     Based on the stipulation of the parties, the Court **ORDERS** that defendant, Dr. Hyden, may file his first amended answer within five days.

IT IS SO ORDERED.

     Dated:   **August 19, 2016**                    */s/ Jennifer L. Thurston*
                                                  UNITED STATES MAGISTRATE JUDGE