**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CYNTHIA RIVERA-MARTINEZ, et al.,** | **Old Case No.:  1:16-cv-00062-LJO-JLT** |
| **Plaintiffs,** | **New Case No.: 1:16-cv-00062-SEH** |
| v. | |
| **KERN COUNTY, et al.,** | **ORDER OF REASSIGNMENT** |
| **Defendants.** | |

Pursuant to the Order of Designation of District Judge for Service in Another District Within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

This action is reassigned to District Judge Sam E. Haddon. The new case number for this action, 1:16-cv-00062-SEH, must be used on all future documents filed with this court.

All dates currently set in this action shall remain pending, subject to further order of the court.

IT IS SO ORDERED.

Dated:  **February 22, 2017**           **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES CHIEF DISTRICT JUDGE