UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>**ORDER** |

A telephonic status conference was held on March 8, 2017. Plaintiff was represented by Rebecca Lack, Esq. Defendants Kern County and Stephanie Meek were represented by Kathleen Rivera, Esq. Defendant Philip Hyden, M.D. was represented by Carol O'Neil, Esq.

Notwithstanding prior order of court,

ORDERED:

1. On or before March 17, 2017, Plaintiff may file a motion with supporting brief to file an amended complaint and to extend the September 19, 2016, deadline set for amendments to pleadings. (Doc. No. 21 at 2.)

2. Each Defendant may file a response to the motion set forth in paragraph 1 above on or before March 31, 2017.

3. A reply brief filed by Plaintiff is optional.

1

4. The Scheduling Order of June 21, 2016 (Doc. No. 21.), as partially revised on November 1, 2016 (Doc. No. 27.), otherwise remains in full force and effect.

DATED this 8th day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge