# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>**ORDER** |

A telephonic conference was held on March 13, 2017. Plaintiffs were represented by Rebecca Lack, Esq and Daniel White, Esq. Defendants Kern County and Stephanie Meek were represented by Kathleen Rivera, Esq. Defendant Philip Hyden, M.D. was represented by Carol O'Neil, Esq.

By order of March 8, 2017, Plaintiffs were granted to and including March 17, 2017, in which to request leave to file an amended complaint and brief in support. Each Defendant was granted to and including March 31, 2017, in which to file a brief in response.

ORDERED:

1. If Plaintiffs proceed with their request for leave to file an amended complaint as permitted, the Court will conduct a hearing on the request at 10:00 a.m. (PT) (11:00 a.m. (MT)) on April 14, 2017, via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

1

2. Previously established deadlines of March 10, 2017, for close of non-expert discovery and of March 24, 2017, for disclosure of expert witnesses (Doc. No. 21 at 2) are VACATED to be reset, if appropriate, by further order of court.

3. The Scheduling Order of June 21, 2016 (Doc. No. 21.), as partially revised on November 1, 2016 (Doc. No. 27.), otherwise remains in full force and effect.

DATED this 14th day of March, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge