# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

A telephonic conference was held on April 18, 2017. Plaintiffs were represented by Rebecca Lack, Esq. Defendants Kern County and Stephanie Meek were represented by Kathleen Rivera, Esq. Defendant Philip Hyden, M.D. was represented by Carol O'Neil, Esq.

ORDERED:

The April 14, 2017 (Doc. No. 53), order is amended in part as follows:

1. Disclosures and reports of all case-in-chief experts in compliance with paragraphs 5 and 6 of Doc. No. 53 shall be filed and served by May 5, 2017. Disclosures and reports of all rebuttal experts shall be filed and served by May 19, 2017.

2. The deadline for completion of all discovery of all non-experts is May 5, 2017. The deadline for completion of discovery for all case-in-chief and rebuttal experts is June 2, 2017.

1

3. The scheduling orders of June 21, 2016 (Doc. No. 21), as partially revised on November 1, 2016 (Doc. No. 27), and April 14, 2017 (Doc. No. 53), otherwise remain in full force and effect.

DATED this 18th day of April, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge