# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

On May 5, 2017, each party timely filed its case-in-chief expert disclosure as required by the April 14, 2017, scheduling order (Doc. No. 53) and the April 18, 2017, supplemental order (Doc. No. 56). Disclosure of rebuttal experts is required by May 19, 2017. (Doc. No. 56 at 1.) The deadline for completion of discovery for all experts is June 2, 2017. (Doc. No. 56 at 1.)

Upon determination that Plaintiffs' Initial Expert Witness Designation (Doc. No. 59) does not comply with paragraph 6 of the April 14, 2017, scheduling order or Fed. R. Civ. P. 26(a)(2)(C),

ORDERED:

1. On or before June 2, 2017, Plaintiffs shall file an amended expert disclosure addressing, with strict compliance, the matters listed in paragraph 6 of the April 14, 2017, scheduling order (Doc. No. 53 at 3) and Fed. R. Civ. P. 26(a)(2)(C).

1

2. Defendants, upon motion and a showing of good cause, may petition the Court for additional time beyond the deadline of June 2, 2017, now set for completion of expert discovery to complete expert discovery.

DATED this 19th day of May, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

2