UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; PHILIP HYDEN, M.D., individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

Plaintiffs have filed a Rule 41(a)(1)(A)(i) Notice of Voluntary Dismissal of Philip Hyden, M.D. (Doc. No. 63.)

Fed. R. Civ. P. 41(a)(1) allows dismissal without a court order only when no opposing party has appeared, or all parties who have appeared stipulate to the dismissal.

The Notice of Voluntary Dismissal submitted by Plaintiffs does not state whether any parties who have appeared in the case oppose the dismissal of Philip Hyden, M.D.

ORDERED:

1. Dismissal of Philip Hyden, M.D. is DENIED without prejudice.

2. Plaintiffs may resubmit the request for dismissal upon compliance with the terms of this Order.

DATED this 25th day of May, 2017.

SAM E. HADDON
United States District Judge

1