# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

Plaintiffs having filed a Notice of Voluntary Dismissal of Philip Hyden, M.D. (Doc. No. 65), and other Defendants having no objection to the dismissal of Philip Hyden, M.D.,

ORDERED:

1.    Defendant Philip Hyden, M.D. is DISMISSED with prejudice, each party to bear their own costs and fees.

2.    Defendant Philip Hyden, M.D.'s Motion to Strike Plaintiffs' Second Expert Witness Designation (Doc. No. 62) is DENIED as moot.

3.    The caption is amended to reflect dismissal of Philip Hyden, M.D.

DATED this ___26th___ day of May, 2017.

SAM E. HADDON
United States District Judge