UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

Pending before the Court is Plaintiffs' Request for Settlement Conference by Judicial Officer not Assigned to this Case. (Doc. No. 99.) On April 14, 2017, the Court issued its scheduling order reciting, *inter alia*:

> 21. Settlement is and remains a matter for negotiation and agreement of the parties. A settlement conference will be ordered only upon stipulation or upon unopposed motion.

(Doc. No. 53 at 9.) Plaintiffs' request is neither in the form of a stipulation nor states whether it is opposed.

ORDERED:

Plaintiffs' Request for Settlement Conference by Judicial Officer not Assigned to this Case (Doc. No. 99) is DENIED without prejudice to renewal in proper form.

DATED this 24th day of July, 2017.

Sam E. Haddon
SAM E. HADDON
United States District Judge

1