UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

Pending before the Court is, *inter alia*, Defendants' Motions in Limine Numbers 1-12. (Doc. No. 78). Defendants' Motions in Limine Numbers 1, 3, 5, and 7 are not opposed by Plaintiffs. (Doc. No. 79).

ORDERED:

Defendants' Motions in Limine Numbers 1, 3, 5, and 7 (Doc. No. 78) are GRANTED.

FURTHER ORDERED:

The Court will conduct a hearing on all remaining pending motions (Doc. Nos. 69, 73, 74, 75, 76, 78) **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on August 31, 2017,** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 9th day of August, 2017.

SAM E. HADDON
United States District Judge

1