UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

The Court conducted a status conference and hearing with counsel on August 31, 2017, via video conference with the Court participating from the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana, and counsel participating from the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California. Plaintiff was represented by Rebecca D. Lack, Esq. Defendant was represented by Kathleen S. Rivera, Esq.

Upon the record made in open court,

ORDERED:

1. Plaintiffs' Motion *in Limine* No. 1 re January 19, 2014 Interaction Between Jose Rivera and Valley Children's Hospital Personnel (Doc. No. 73) is GRANTED.

2. Plaintiffs' Motion *in Limine* No. 2 re Delano Police Department Reopening its Investigation in 2016 (Doc. No. 74) is DENIED.

3. Plaintiffs' Motion *in Limine* No. 3 re Opinions That Arturo Martinez was Lying in Relation to his Son's Illness (Doc. No. 75) is GRANTED.

1

4. Plaintiffs' Motion *in Limine* No. 4: 1) Seeking Admission of Judge Palmer's Findings Made on May 8, 2014; and 2) Seeking a Ruling that any Evidence Inconsistent with Judge Palmer's Findings is Barred by the Doctrine of *Collateral Estoppel* (Doc. No. 76) is DENIED.

5. Plaintiffs' Request for Judicial Notice of the 300 Petition Filed on January 23, 2014 and Judge Palmer's Ruling on May 8, 2014 (Doc. No. 77) is DENIED.

6. Defendants' Motions in Limine Nos. 2, 4, 6, 8, 9, 10, 11, 12 (Doc. No. 78) are GRANTED in part and DENIED in part as follows:

    a. Defendants' Motions in Limine No. 2 is GRANTED.

    b. Defendants' Motions in Limine No. 4 is GRANTED.

    c. Defendants' Motions in Limine No. 6 is GRANTED in part and RESERVED in part.

    d. Defendants' Motions in Limine No. 8 is DENIED.

    e. Defendants' Motions in Limine No. 9 is DENIED.

    f. Defendants' Motions in Limine No. 10 is RESERVED.

    g. Defendants' Motions in Limine No. 11 is GRANTED in part and DENIED in part.

    h. Defendants' Motions in Limine No. 12 is GRANTED in part.

DATED this 1st day of September, 2017.

SAM E. HADDON
United States District Judge