# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

The Court conducted a telephonic conference with counsel at the request of the parties on September 7, 2017, to address a request for an extension of time to file a proposed pretrial order as a result of the unexpected death of Julian J. Dominguez, L.M.F.T. ("Dominguez"), a witness to be called to testify by the Plaintiffs.

ORDERED:

1. As previously ordered, the proposed final pretrial order, except for designation of any testimony by Dominguez by deposition to be offered at trial, shall be filed on September 8, 2017.

2. Plaintiffs shall have to and including September 12, 2017, to identify and file designations, by page and line number, those portions of the Dominguez' deposition of May 23, 2017, to be offered as evidence by Plaintiffs at trial.

3. Defendants shall have to and including September 14, 2017, in which to identify and file designations, by page and line number, of any objection to portions of the Dominguez'

1

deposition to be offered as evidence by Plaintiff.

DATED this 7th day of September, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge