UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

The Court will conduct a hearing on issues related to conduct of trial, witnesses to be called to testify at trial, discovery responses to be introduced into evidence at trial, deposition testimony to be offered at trial and exhibits to be offered at trial **at 9:00 a.m. (PT) (10:00 a.m. (MT)) on September 29, 2017,** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 12th day of September, 2017.

SAM E. HADDON
United States District Judge

1