UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>ORDER |

Defendants' Unopposed Motion to Move Date Set for Hearing re Issues Related to Trial (Doc. 150) is GRANTED. The hearing set for September 29, 2017, is VACATED and RESET for **October 12, 2017, at 9:00 a.m. (PT) (10:00 a.m. MT))** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

DATED this 25th day of September, 2017.

SAM E. HADDON
United States District Judge

1