# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>**ORDER** |

On October 6, 2017, Plaintiffs submitted an amended will-offer exhibit list (Doc. No. 153). This Court's Order of April 14, 2017, permitted amendments to the final pretrial order only by leave of Court (Doc. No. 53). No request for leave to amend was submitted, none was granted. Any request to amend the pretrial order will be taken up and considered at the hearing set for October 12, 2017, at 9:00 a.m. (PT) (10:00 a.m. MT).

DATED this 11th day of October, 2017.

SAM E. HADDON
United States District Judge

1