# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>**ORDER** |

The following exhibits are admitted into evidence for purposes of trial:

1. Joint Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

2. Plaintiffs' Exhibits: 213, 214, 216, 217, 218, 219, 220, 221, 222, 223, 228, 230, 231, 232, 233, 234, 235, 236, 241, 242, 243, 244, 245, 246, 258, 259, 260, 261, 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, and 277.

1

3. Defendants' Exhibits: 504, 505, 506, 507, 508, 509, 510, 511, 512, 513, 514, 515, 516, 517, 518, 519, 520, and 521.

DATED this 11th day of October, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge