# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

This Order supplements and amends the Court's prior scheduling Orders of April 24, 2017, (Doc. No. 53) and September 11, 2017, (Doc. No. 143).

To assist the Court in final preparation of the case for trial, the following dates shall apply:

1. <u>Response Trial Briefs:</u> Response trial briefs shall be filed on or before **November 24, 2017**.

2. <u>Objections to Voir Dire:</u> Objections to proposed voir dire questions shall be filed on or before **November 27, 2017**.

3. <u>Objections to Jury Instructions:</u> On or before **November 27, 2017**, each party shall file any objections to the other party's proposed supplemental instructions.

5. <u>Form of Verdict:</u> Proposed forms of verdict shall be filed on or before **November 17, 2017**. Objections to proposed forms of verdict shall be filed on or before **November 27, 2017**.

DATED this 12th day of October, 2017.

SAM E. HADDON
United States District Judge

1