# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>ORDER |

Upon the record made in open court on October 12, 2016,

ORDERED:

The following exhibits are refused for purposes of trial:

1. Plaintiffs' Exhibits: 224, 225, 226, 227, 247, 248, 249, 253, 255, and 257.

2. Defendants' Exhibits: 522, 523, and 524.

All other rulings on exhibits are reserved.

DATED this 13th day of October, 2017.

SAM E. HADDON
United States District Judge

1