# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

Pretrial motions previously submitted in this case were resolved by prior orders of Court[1] except for Defendants' Motion to Strike Plaintiffs' Second Expert Witness Designation (ECF No. 61)[2] ("Motion to Strike Dr. Hyman"). This Order addresses the pending Motion to Strike Dr. Hyman.

Defendants have named Philip W. Hyden, M.D. ("Dr. Hyden"), as a non-retained expert witness to testify in support of Defendants' case-in-chief. Dr. Hyden was identified by Plaintiff as, in substance, a rebuttal witness to be called if Dr. Hyden testifies in Defendants' case-in-chief.

Numerous filings [3] have been made directed to the pending motion, all of which are effectively subsumed by the larger and more inclusive question of whether and to what extent Dr.

---

[1] Docs. 101 and 105.
[2] Doc. 69.
[3] Doc. Nos. 69, 70 and 72.

1

Hyman may be permitted to testify at trial.

Defendants' designation of Dr. Hyden as a case-in-chief witness to be called is not challenged. Other issues aside, the Court has determined that if Dr. Hyden testifies, Dr. Hyman may be called in rebuttal to offer opinions appropriately admissible in evidence in response to Dr. Hyden's testimony and opinions. Any such testimony will be subject to appropriate admission of evidence limitations.[4]

ORDERED:

Defendants' Motion to Strike Plaintiffs' Second Expert Witness Designation (ECF No. 61),[5] consistent with this Order, is DENIED.

DATED this 31st day of October, 2017.

SAM E. HADDON
United States District Judge

---

[4] Counsel are invited to review the transcript of Court proceedings held in this case on October 12, 2017, (Doc. 162) in which parameters for the scope of evidence admissible at trial were authorized by the Court.
[5] Doc. 69.

2