UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

The Court will conduct a hearing, on the record, with counsel for the parties by telephone conference call **at 8:30 a.m. (PT) (9:30 a.m. MT) on December 7, 2017,** on Plaintiffs' Notice of Motion and Motion for Relief from Order; Memorandum of Points and Authorities and Declaration of Counsel in Support Thereof (Doc. No. 197).

The Court will initiate the call. Counsel shall file a notice on or before December 6, 2017, stating the number by which they may be reached for the call.

DATED this 5th day of December, 2017.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge

1