UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>**ORDER** |

The Court will establish a date and time on or after May 7, 2018, for a telephone conference with counsel to fix a schedule for: (1) a hearing on all pending pretrial motions, including, if appropriate, issues directed to Defendants' claimed defense of qualified immunity; and (2) submission of: (i) a revised pretrial order; (ii) revised witness lists; (iii) revised lists of exhibits; (iv) revised trial briefs; (v) revised jury instructions; and (vi) revised forms of verdict.

Counsel shall file notices of the telephone number at which they may be reached for the conference on or before May 4, 2018, at 4:45 p.m. (MT).

DATED this 3rd day of April, 2017.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge