# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>**ORDER** |

The parties have filed a Stipulation to Continue the Telephonic Conference; [Proposed] Order (Doc. 227),

ORDERED:

The Court will contact counsel on or after May 16, 2018, to set up a telephone conference to fashion a schedule for:

(1) a hearing on all pending pretrial motions, including, if appropriate, issues directed to Defendants' claimed defense of qualified immunity; and (2) submission of: (i) a revised pretrial order; (ii) revised witness lists; (iii) revised lists of exhibits; (iv) revised trial briefs; (v) revised jury instructions; and (vi) revised forms of verdict. (Doc. 218 at 1).

DATED this day 7th of May, 2018.

_____
SAM E. HADDON
United States District Judge