# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>ORDER |

In lieu of a call on or after May 16, 2018, to set up a conference to discuss the matters set out in the Court's Order of April 3, 2018 (Doc. 218),

ORDERED:

1. The Court will conduct a telephone conference call at **10:00 a.m. (PT) (11:00 a.m. MT) on May 22, 2018.**

2. The parties shall have to and including **May 18, 2018**, to submit proposed deadlines directed at the topics in the Court's April 3, 2018, Order.

DATED this day 10th of May, 2018.

_____
SAM E. HADDON
United States District Court Judge