# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

The Court conducted a telephone conference call on the record with counsel for the parties on May 22, 2018.

Upon the record made at the conference call,

ORDERED:

1. The parties shall meet and confer and file with the Court on or before **4:45 p.m. (MT) on June 1, 2018,** a joint notice of proposed trial dates including at least three alternative dates acceptable to counsel.

2. The following schedule will be observed for submission and resolution of remaining pretrial issues:

    a. On or before **4:45 p.m. (MT) on June 8, 2018,** Defendants shall file a motion directed to issues related to the defense of qualified immunity and a supporting brief.

    b. On or before **4:45 p.m. (MT) on June 22, 2018,** Plaintiff shall file a

response brief.

  c.  An optional reply brief may be filed by Defendants on or before **4:45 p.m. (MT) on July 6, 2018.**

 3. The Court will conduct a hearing on the record on all pending motions *in limine* (Doc. Nos. 214, 215, 216, and 217) and the claimed defense of qualified immunity at **9:00 a.m. (PT) (10:00 a.m. MT) on July 13, 2018,** via video conference at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California.

 4. A revised proposed final pretrial order, revised witness lists and revised lists of exhibits compiled in compliance with the provisions of Fed. R. Civ. P. 26(a)(3)(A) and the terms of this Order shall be signed by all counsel, e-mailed to seh_propord@mtd.uscourts.gov, and filed on or before **July 27, 2018 at 4:45 p.m. (MT)**. A copy shall be provided to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626.

 5. Revised trial briefs, revised jury instructions, and revised forms of verdict shall be filed and sent to the Court's email box seh_propord@mtd.uscourts.gov on or before **4:45 p.m. (MT) on August 3, 2018.**

FURTHER ORDERED:

 1. The revised proposed final pretrial order must address all requirements set forth in the Court's Order of April 14, 2017 (Doc. No. 53).

 2. At least fourteen days before the revised proposed final pretrial order is due, Plaintiff must convene a conference of all counsel at a suitable time and place to prepare the revised proposed final pretrial order. All lists attached to the revised proposed final pretrial order must be in portrait orientation.

 3. The revised proposed final pretrial order supersedes all prior pleadings and may not be amended except by leave of Court.

4. If any exhibit previously filed is amended or a new exhibit added, the parties shall: (1) deliver the original of document exhibits to the Clerk of Court on or before July 27, 2018; (2) file the amended or added exhibit in the electronic record; (3) and mail a copy of the amended or added exhibit to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before July 27, 2018. The Clerk of Court is directed to substitute the amended exhibit and add any additional exhibits.

5. No later than the date of filing of the revised proposed final pretrial order, each party shall file and provide to Chambers the complete transcript of each deposition, any portion of which is to be offered at trial.

6. A further hearing or hearings or conferences with counsel to address any remaining pretrial issues and to select a trial date will be set by further order of Court.

DATED this day 23rd of May, 2018.

SAM E. HADDON
United States District Court Judge