# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

A Jury Trial (7-member jury) shall commence on **January 28, 2019, at 8:45 a.m.** at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California. This supplements the Court's Order of May 23, 2018, (Doc. No. 236) requiring filing of trial materials.

FURTHER ORDERED:

1. <u>Response Trial Briefs:</u> Response trial briefs shall be filed on or before **August 10, 2018, at 4:45 p.m (MT)**.

2. <u>Voir Dire:</u> Proposed voir dire questions shall be filed on or before **August 3, 2018, at 4:45 p.m. (MT)**.

3. <u>Objections to Voir Dire:</u> Objections to proposed voir dire questions shall be filed on or before **August 10, 2018, at 4:45 p.m. (MT)**.

4. <u>Objections to Jury Instructions:</u> Each party shall file any objections to the other party's proposed supplemental instructions on or before **August 10, 2018, at 4:45 p.m. (MT)**

5. <u>Objections to Proposed Forms of Verdict:</u> Objections to proposed forms of verdict

shall be filed on or before **August 10, 2018, at 4:45 p.m. (MT)**.

6. <u>Format of Jury Instructions:</u> Jury instructions shall be filed pursuant to the Court's Order of May 23, 2018, (Doc. No. 236). The format of the jury instructions shall be as follows:

    a. The clean copy shall contain:

        i. a heading reading "Instruction No. ___;" and

        ii. the text of the instruction.

    b. The working copy shall contain:

        i. a heading reading "Instruction No. ___;"

        ii. the text of the instruction;

        iii. the number of the proposed instruction;

        iv. the legal authority for the instruction; and

        v. the title of the instruction; i.e., the issue of law addressed by the proposed instruction.

7. Final instructions for submission to the jury will be settled on the record prior to closing argument, at which time counsel may present argument and make objections.

8. Any party intending to use the courtroom electronic evidence system must notify the Court and Court Systems Administration staff at least 20 days before trial. Detailed information about the courtroom electronic evidence system is found on the Court's website, www.caed.uscourts.gov, under the "Attorney Info: Electronic Evidence Presentation" tab.

9. A party seeking to use videoconferencing for witnesses must obtain leave of Court at least 20 days before trial. Counsel responsible for such witness or witnesses shall make all necessary videoconference arrangements with Court systems staff. Trial will not be continued or interrupted if conferencing arrangements cannot be made or if the conference transmission signal is interrupted or lost.

10. <u>Calling Witnesses at Trial:</u>

When a witness is called to testify at trial, counsel shall provide to the Clerk of Court four copies of a single-page document providing:

    a.    The full name and current address of the witness;

    b.    A brief description of the nature and substance of the witness's testimony;

    c.    The date the witness was deposed or had a statement taken; and

    d.    A listing of each exhibit to which the witness may refer during direct examination.

DATED this day 6th of June, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Court Judge