# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br>ORDER |

The parties' Stipulation to Continue Certain Dates From Court's Order Dated 5/23/18 (Doc. No. 236) is GRANTED (Doc. 239). The deadlines set in the Court's Order of May 23, 2018, are extended as follows:

1.  Defendants shall file a motion and supporting brief directed to the defense of qualified immunity on or before **June 15, 2018, at 4:45 p.m. (MT)**.

2.  Plaintiffs shall file a responsive brief on or before **June 29, 2018, at 4:45 p.m. (MT)**.

All other matters and deadlines in the Court's Order of May 23, 2018, (Doc. 236) remain in full force and effect.

DATED this day 7th of June, 2018.

SAM E. HADDON
United States District Court Judge