# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br><br><br>**ORDER** |

This supplements the Court's Order of May 23, 2018 (Doc. 236).

The Court, on its own motion, will take up and consider at the motion hearing set for July 13, 2018 (Doc. 236) issues relating to admissibility in evidence of expert opinions expressed by Valerie Earley in Defendants' Expert Witness Disclosure (Doc. 58), Defendants' Amended Expert Witness Disclosure (Doc. 103), and Defendants' Supplemental Expert Witness Disclosure (Doc. 213).

Each party shall have on or before 4:45 p.m. on June 29, 2018, to file a brief addressing the evidentiary issues stated in this Order.

DATED this day 15th of June, 2018.

_____
SAM E. HADDON
United States District Court Judge