# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

The Court conducted a hearing with counsel on July 13, 2018, via video conference with the Court participating from the Paul G. Hatfield Courthouse, Courtroom I, Helena, Montana, and counsel participating from the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California. Plaintiffs were represented by Rebecca D. Lack, Esq. Defendants were represented by Kathleen S. Rivera, Esq.

Upon the record made in open court,

ORDERED:

1. Defendants' Motion in Limine Number 13 (Doc. 214) is GRANTED in part as stated on the record.

2. Defendants' Motion in Limine Number 14 (Doc. 215) is DENIED without

prejudice to renew.

3. Defendants' Motion in Limine Number 15 (Doc. 216) is GRANTED.

4. Defendants' Motion in Limine Number 16 (Doc. 217) is GRANTED in part.

5. Defendants' Notice of Motion and Motion Regarding Immunity Defense for Defendant Stephanie Meek (Doc. 242) is DENIED without prejudice to renew.

FURTHER ORDERED:

The deadlines set in the Court's Orders of May 23, 2018, (Doc. 236) and June 6, 2018, (Doc. 238) are extended as follows:

1. A revised pretrial order, revised witness lists and revised lists of exhibits compiled in compliance with the terms of the Court's Order of May 23, 2018, shall be signed by all counsel, e-mailed to seh_propord@mtd.uscourts.gov, and filed on or before **August 24, 2018, at 4:45 p.m. (MT)**. A copy shall be provided to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626.

2. The parties are to file with the Court all medical records of D.M. relevant to any matter at issue in this case from the date of birth through January 17, 2014, or beyond. A party seeking to withhold production of any medical records for any reason shall file a copy of the document under seal together with a brief stating the reason or reasons for the request to withhold. The parties are to meet and confer and file a stipulation with the Court as to any medical records, including any birth videos, which the parties agree are not relevant to any issues in the case.

3. Revised trial briefs, revised jury instructions, revised forms of verdict and revised voir dire shall be filed on or before **August 31, 2018, at 4:45 p.m. (MT)**.

4. Response trial briefs, objections to voir dire, objections to jury instructions, and objections to proposed forms of verdict shall be filed on or before **September 7, 2018, at 4:45**

2

p.m. (MT).

5. The parties may file supplementary briefs on or before **July 27, 2018, at 4:45 p.m. (MT)**, directed to any issues that either counsel assert to be is relevant to matters discussed and raised at the July 13, 2018, hearing, including issues related to asserted defenses of absolute immunity or qualified immunity or the *Rooker-Feldman* doctrine. Response briefs may be filed on or **before August 3, 2018, at 4:45 p.m. (MT)**. Repetition of matters addressed in briefs previously filed is not required or expected.

6. All other terms and conditions and requirements of the Court's Orders of May 23, 2018, (Doc. 236) and June 6, 2018, (Doc. 238) remain in full force and effect.

DATED this day 13th of July, 2018.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Court Judge