UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

The Court will conduct a final pretrial conference and hearing via video conference at **9:00 a.m. (PT) (10:00 a.m. MT)) on Tuesday, November 20, 2018, at the Robert E. Coyle Federal Courthouse, Courtroom I, Fresno, California,** to address issues, including: (1) scope and content of expert opinion testimony to be offered at trial; (2) defenses of absolute immunity and qualified immunity asserted by Defendants; (3) admissibility of trial exhibits; (4) jury voir dire; (5) trial schedule; and (6) such other trial-related matters as may be appropriate for consideration.

DATED this 14th day of November, 2018.

/s/ Sam E. Haddon

SAM E. HADDON
United States District Judge