# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

Upon motion of the parties (Doc. 285),

ORDERED:

The final pretrial conference and hearing set for November 20, 2018, is VACATED and RESET via video conference for **December 4, 2018, at 12:00 p.m. (PT) (1:00 p.m. (MT))**, at the Robert E. Coyle Federal Courthouse, Courtroom, I, Fresno, California.

DATED this 15th day of November, 2018.

SAM E. HADDON
United States District Judge