UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RIVERA-MARTINEZ and ARTURO MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KERN COUNTY; KERN COUNTY DEPARTMENT OF HUMAN SERVICES; SOCIAL WORKER STEPHANIE MEEK, individually; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1-16-cv-00062-SEH<br><br>ORDER |

On December 4, 2018, the Court held a hearing, *inter alia*, on the defenses of absolute and qualified immunity asserted by Defendants.

On the record made in open court,

ORDERED:

1. Defendants are entitled to dismissal of Plaintiffs' two claims as asserted in the Proposed Final Pretrial Order: (A) Violation of Civil Rights pursuant to 42 U.S.C. § 1983; and (B) *Monell*-Related Claims pursuant to 42 U.S.C. § 1983.[1]

2. The clerk is directed to enter judgment of dismissal of both claims and close the case.

DATED this 4th day of December, 2018.

SAM E. HADDON
United States District Judge

---

[1] *See* Doc. 264 at 1, 4–5.

1